IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re a 18 U.S.C. § 2703(d) Order issued to Google, Inc. on June 10, 2011

File No. 1:11ec56

## O R D E R

The memorandum opinion and order entered herein on February 28, 2012 is hereby modified as follows.

Unless the government appeals within 14 days hereafter, then Google, Inc. may thereafter deliver to its subscriber a copy of the order entered herein on June 10, 2011, from which the name of the email account and the name of the attesting official have been redacted. Google, Inc. may disclose the identity of the email account to the subscriber, and the subscriber is not prohibited from further disclosure of the material that Google, Inc. discloses to the subscriber pursuant to this order.

The record herein remains under seal, and no part of it may be disclosed without court order except to the extent provided above.

A government appeal shall operate to stay the relief granted herein until further order.

It is so ORDERED.

ENTERED this 26th day of March, 2012.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia